# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-1629
_____

Clifford Yaduma Thompson

*Plaintiff - Appellant*

v.

Westmor Industries, LLC

*Defendants - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: March 20, 2020
Filed: March 25, 2020
[Unpublished]

_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Clifford Thompson appeals the district court's[1] adverse grant of summary judgment in this employment discrimination action. Having carefully reviewed the record and the arguments on appeal, we conclude the district court did not err in granting summary judgment. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (reviewing de novo grant of summary judgment). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

_____

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.